Priority  
Send ✓  
Enter ___  
Closed ___  
JS-5/JS-6 ___  
JS-2/JS-3 ___  
Scan Only ___

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 02-150-SVW(RCx)            Date: April 8, 2002

Title:   e-Realbiz.com, LLC -v- Protocol Communications, Inc., et al.

========================================================================

PRESENT:   THE HONORABLE STEPHEN V. WILSON, JUDGE

| K. Leigh Ray | Lena Villegas |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS FOR PLAINTIFFS:           ATTORNEYS FOR DEFENDANTS:

Michael Burke                       Christopher Kondon  
Brent Zadorozny

PROCEEDINGS:   NEW CASE STATUS CONFERENCE

Cause called, and counsel make their appearance. Court learns of potential conflict regarding Leonard Ross. Court states twice to parties of the Court's close relationship with Leonard Ross. Parties state they have no objection to Court presiding over this case. The following dates are set:

| | |
|---|---|
| Deadline to Add or Amend Parties: | N/A |
| Motion Hearing Cut-Off: | N/A |
| Discovery Cut-Off: | July 30, 2002 |
| **Final Pretrial Conference:** | **August 12, 2002, at 4:00 PM** |
| **Jury Trial:** | **August 20, 2002, at 9:00 AM** |

IT IS SO ORDERED.



ENTERED ON ICMS  
APR 15 2002  
CV

MINUTES FORM 11                                                     Initials of Deputy Clerk  
CIVIL - GEN